AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Lamond Garrett

JUDGMENT IN A CIVIL CASE

v.  CASE NUMBER: CV405-103

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated July 25, 2005, adopting the Magistrate Judge's

Report and Recommendation as the opinion of the Court: Judgment is hereby entered denying the

instant motion to vacate, set aside, or correct petitioners' sentence pursuant to 28 U.S.C. 2255

E.O.D.

7·25·05
DATE

INITIALS

| July 25, 2005 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

*Kauli Stephen*
*(By) Deputy Clerk*

GAS Rev 10/1/03